RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9-27-07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **KERI RENE THOMAS** | **CIVIL ACTION NO. 07-0739** |
| VS. | SECTION P |
| **BURL CAIN, WARDEN** | JUDGE MELANÇON |
| | MAGISTRATE JUDGE HILL |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that this petition for writ of *habeas corpus* is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are procedurally defaulted, and alternatively, because pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts it plainly appears from the face of the petition and exhibits annexed to it that the petitioner is not entitled to relief.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 27th day of September, 2007.

TUCKER L. MELANCON
UNITED STATES DISTRICT JUDGE