# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

**KERI RENE' THOMAS**                        **CIVIL ACTION NO. 07-739**

**VERSUS**                                   **JUDGE MELANÇON**

**WARDEN LSP**                               **MAGISTRATE JUDGE HILL**

## CERTIFICATE AS TO APPEALABILITY

A notice of appeal having been filed in the above captioned habeas corpus case in which the detention complained of arises out of process issued by a state court, this Court, considering the record in this case and the requirements of Federal Rule of Appellate Procedure 22(b), hereby finds that a certificate of appealability should not issue for the following reasons[1]:

Adopting the analysis contained in the Report and Recommendation of Magistrate Judge Hill entered on September 7, 2007 [Rec. Doc. 7] and entered as a final judgment on September 27, 2007 [Rec. Doc. 12], this Court finds that there is no basis in law or fact as demonstrated by this record that petitioner is entitled to the relief he seeks.

**THUS DONE AND SIGNED** this 15th day of October, 2007 at Lafayette, Louisiana.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE

---

[1] Petitioner's motion is styled as a Motion for Certificate of Probable Cause and Appointment of Counsel. However, in the actual motion, no request is made for appointment of counsel. As such, the reference to appointment of counsel in the title of the motion is disregarded.